# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 22-32439 |
| William T. Moore<br>Tonya D. Moore | Chapter 13 |
| Debtors. | Judge Charles R. Merrill |

## OBJECTION TO CHAPTER 13 PLAN

Toyota Motor Credit Corporation ("Creditor") by and through their undersigned counsel, hereby objects to the Debtors' Proposed Chapter 13 Plan. This objection is hereby supported by the following memorandum.

## MEMORANDUM

Toyota Motor Credit Corporation ("Creditor") secured creditor herein, by and through their undersigned counsel, hereby objects to the Debtors' Chapter 13 Plan filed on December 12, 2022.

The Debtors propose to pay Creditor based upon a secured value of $24,000.00 with an interest rate of 6.25%. The vehicle in question is a 2019 TOYOTA HIGHLANDER - VIN 5TDJZRFH3KS978813 ("Vehicle") which was purchased on May 13, 2019. According to the N.A.D.A. Official Used Car Guide, the Industry standard for vehicle valuation, a 2019 TOYOTA HIGHLANDER - VIN 5TDJZRFH3KS978813 is valued at $35,000.00. There is an outstanding warranty balance due of $2,550.00, which brings the value to $37,550.00. At filing, the Debtors owed $54,810.60 at 15.15%. The Creditor requests the secured value of the vehicle to be set at $37,550.00 at a "Till" interest rate of 9.00%. (The current Wall Street Journal published prime interest rate, plus a 2% risk factor.). Should Debtors not be willing to amend the plan to reflect the NADA value, Creditor requests permission to perform a full appraisal of the vehicle.

The Chapter 13 Plan does not adequately protect the Creditor's interest in said vehicle and should therefore be denied confirmation.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on January 6, 2023.

**By Notice of Electronic Filing to:**

    Matthew D. Owen, Debtors' Counsel
    Whitford13notice@gmail.com

    William W. Lawrence, Trustee
    ECF@louchapter13.com

    Office of the U.S. Trustee
    Ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

    William T. Moore, Debtor
    4715 Sunny Hill Drive
    Crestwood, KY 40014

    Tonya D. Moore, Debtor
    4715 Sunny Hill Drive
    Crestwood, KY 40014

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Attorney for Creditor
